THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 
 Gerald Farr, Appellant.
 
 
 

Appeal From Dorchester County
 Diane Schafer Goodstein, Circuit Court
Judge

Unpublished Opinion No. 2012-UP-125
 Submitted February 1, 2012  Filed
February 29, 2012   

APPEAL DISMISSED

 

 
 
 
 Appellate Defender LaNelle Cantey DuRant, of
 Columbia; and Gerald Farr, pro se, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley
 W. Elliott, all of Columbia; and Solicitor David M. Pascoe, Jr., of
 Summerville, for Respondent.
 
 
 

PER CURIAM:  Gerald
 Farr appeals his sentences, arguing the circuit court erred in sentencing him
 to a disproportionate sentence.  After a thorough review of the record and the briefs
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.  
PIEPER, KONDUROS, and
 GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.